UNITED STATE BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| IN RE:<br>Karl Rogers<br><br>Debtor | CASE NO: 17-52270 K<br>Chapter 13 |
|---|---|

### NOTICE OF WITHDRAWAL OF TRUSTEE'S
### OBJECTION TO CLAIM FOR ARMY & AIR FORCE EXCHANGE SERVICES, COURT CLAIM #3, $3,577.82

**NOW COMES, Mary K. Viegelahn,** STANDING CHAPTER 13 TRUSTEE, FILES THIS HER NOTICE OF WITHDRAWAL OF TRUSTEE'S OBJECTION TO CLAIM FOR ARMY & AIR FORCE EXCHANGE SERVICES, COURT CLAIM #3, $3,577.82 AND STATES THAT HER OBJECTION TO CLAIM FOR ARMY & AIR FORCE EXCHANGE SERVICES, COURT CLAIM #3, $3,577.82 HAS BEEN RESOLVED AND IS THEREFORE, WITHDRAWN.

**Date: 12/6/2017**

/s/
_____
MARY K. VIEGELAHN  P42327 (MI)
CHAPTER 13 TRUSTEE
mviegelahn@sach13.com
10500 Heritage Blvd, Ste. 201
San Antonio, TX  78216
(210) 824-1460  fax:(210) 824-1328

# UNITED STATE BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| IN RE:<br>Karl Rogers | CHAPTER 13 |
|---|---|
| | CASE NO.: 17-52270 K |
| **Debtor** | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached document was served on the parties listed below by U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on **December 06, 2017.**

Debtor(s):
Karl Rogers
P O Box 276600
San Antonio, TX 78227

UNITED STATES TRUSTEE
P O BOX 1539
SAN ANTONIO, TX. 78295-1539

UNITED STATES BANKRUPTCY COURT
P O BOX 1439
SAN ANTONIO, TX. 78295-1439

AND TO THE CREDITORS AND PARTIES IN INTEREST LISTED BELOW:

ARMY & AIR FORCE EXCHANGE SERVICES
BASS & ASSOCIATES
3936 E FT LOWELL ROAD, SUITE 200
TUCSON, AZ 85712

ARMY & AIR FORCE EXCHANGE SERVICES
3911 S. WALTON WALKER BLVD.
ATTN:GC-G
DALLAS, TX 75236

/S/
_____
MARY K. VIEGELAHN
CHAPTER 13 TRUSTEE